**Order entered February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00159-CV

## IN RE JAMES LARAY ROWE, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-35928-W**

## ORDER
Before Justices Lang-Miers, Evans and Whitehill

Before the Court is relator's petition for writ of mandamus, in which relator contends the former judge of the 304th Judicial District Court failed to rule on relator's petition for writ of habeas corpus. We **ABATE** the mandamus proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure to allow the successor judge to determine whether to take the action requested by relator. This case is removed from the Court's active docket until further order of this Court. The Court **ORDERS** the Honorable Andrea Martin, Judge of the 304th Judicial District Court, to advise the Court of the status of relator's petition for writ of habeas corpus on or before March 9, 2015 and to provide the Court with copies of any orders signed by the trial court with respect to relator's petition for writ of habeas corpus.

/s/    BILL WHITEHILL
        JUSTICE